**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**GLORY MCGEE**                                                             **PLAINTIFF**

V.                                                                                        NO. **2:10CV212-B-V**

**DINESH CHAWLA, et al.**                                            **DEFENDANTS**

**FINAL JUDGMENT**

The plaintiff brings this *pro se* complaint pursuant to 42 U.S.C. § 2000e. On October 4, 2011, the Magistrate Judge submitted a Report and Recommendation recommending that this employment dispute be dismissed with prejudice as untimely.

The plaintiff has filed her objections to the Magistrate Judge's recommendations. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.

**ORDERED:**

1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation of the United States Magistrate Judge dated October 4, 2011, is hereby APPROVED and ADOPTED as the opinion of the court;

3) the plaintiff's complaint is DISMISSED with prejudice as untimely; and

4) this matter is CLOSED.

THIS the 22nd day of November, 2011.

                                                                  */s/ Neal Biggers*
                                                                  NEAL B. BIGGERS, JR.
                                                                  UNITED STATES DISTRICT JUDGE